Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LESTER A. SCANLAN

vs

CAVANAUGH SPORTFISHING, INC., BILL CAVANAUGH and DOES 1-10, in personam, and FV PACIFIC QUEEN, and her engines, tackle, apparel, etc., in rem,

FILED
2008 MAY 22  PM 4:56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ ____DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0915 IEG CAB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

EDWARD M. BULL III,
BANNING MICKLOW & BULL LLP
501 WEST BROADWAY, STE. 2090,
SAN DIEGO, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

K. HAMMERLY

By _____, Deputy Clerk

MAY 22 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)